UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of<br>ARBITRATION OF DISPUTES<br><br>between<br><br>LAUNDRY, DRY CLEANING WORKERS AND<br>ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and<br>LAUNDRY, DRY CLEANING WORKERS AND<br>ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,<br>                                  Petitioners,<br><br>and<br><br>MULTI-PAK CORPORATION,<br>                                  Respondent. | NOTICE OF PETITION<br>08 CIV. 0031 (PAC) |

Sir(s):

**PLEASE TAKE NOTICE**, that upon the annexed Petition of Mark Schwartz, Esq. duly verified the 26th day of December 2007, and the accompanying Memorandum of Law, the undersigned will Petition this Court, before the Honorable Paul A. Crotty, on the ___ day of _____ 2008, at ____ A.M./P.M., in the morning of that day, or as soon thereafter as counsel may be heard, for an order confirming the arbitration award of Philip Ross, dated September 28, 2007, and granting the Petitioners judgment in the amount of $4,700.34 together with the interest on the principal amount from the date of the Arbitration Award to the date of the judgment, plus costs and such other and further relief as in the premises may be just.

Dated: February 4, 2008
        New York, New York

                                                               Yours, etc.

                                                               Mark Schwartz, Esq. MS/0148
                                                              Attorney for Petitioners
                                                               730 Broadway, 10th Floor
                                                               New York, New York 10003
                                                               (212) 539-5275

To:    Multi-Pak Corporation
         180 Atlantic Street
         Hackensack, New Jersey 07601