UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN THE MATTER OF                                                  Index No. 08 CIV. 0031(PAC)
ARBITRATION OF DISPUTES
        Between                                                    AFFIDAVIT OF SERVICE
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE
HERE! and LAUNDRY, DRY CLEANING
WORKERS AND ALLIED INDUSTRIES
RETIREMENT FUND, UNITE HERE!
        Petitioners,
   -and-
MULTI-PAK CORPORATION,
        Respondent.
-------------------------------------------------------X
STATE OF NEW YORK)
              S.S.:
COUNTY OF NEW YORK)

      TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 7th day of February 2008, at approximately 2:15 p.m., deponent served a true copy of the **NOTICE OF PETITION, PETITION TO CONFIRM ARBITRATION AWARD, MEMORANDUM OF LAW IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD, FINDINGS AND AWARD 07-47-R, EXHIBIT A AND B** upon Multi-Pak Corporation at 180 Atlantic Street, Hackensack, NJ 07601, by personally delivering and leaving the same with Pat Wullen, Office Manager, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Pat Wullen is a white female, approximately 56 years of age, stands approximately 5 feet 5 inches tall and weighs approximately 135 pounds with short curly brown hair and blue eyes wearing glasses.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
11th day of February, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__08