AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES
between
Laundry, Dry Cleaning Workers and
Allied Industries Health Fund, UNITE HERE! and
Laundry, Dry Cleaning Workers and
Allied Industries Retirement Fund, UNITE HERE!
Petitioners,
and
Multi-Pak Corporation,
Respondent.

**APPEARANCE**

Case Number: 08 CIV 0031 (PAC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and
Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE!

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/14/2008 | *(signature)* |
| Date | Signature |
| | David C. Sapp — DS 5781 |
| | Print Name — Bar Number |
| | 730 Broadway |
| | Address |
| | New York, NY, 10003-9511 |
| | City / State / Zip Code |
| | (212) 539-5576 — (212) 780-4125 |
| | Phone Number — Fax Number |