UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of<br>ARBITRATION OF DISPUTES<br><br>between<br><br>LAUNDRY, DRY CLEANING WORKERS AND<br>ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and<br>LAUNDRY, DRY CLEANING WORKERS AND<br>ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,<br>Petitioners,<br><br>and<br><br>MULTI-PAK CORPORATION,<br>Respondent. | **AFFIDAVIT OF SERVICE**<br>**08 CIV. 0031 (PAC)** |

STATE OF NEW YORK    )
                     ) ss.
County of New York   )

Sabrina Brooks, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Queens, New York 11421.

2. On April 21, 2008, I served the Respondent herein with a copy of the Notice of Appearance by David C. Sapp, Esq. by causing a true copy of said Motion papers addressed to the Respondent at 180 Atlantic Street, Hackensack, New Jersey 07601 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7007 1490 0000 4218 5220 and regular mail.

_____
Sabrina Brooks

Sworn to, before me, this 21st day of April 2008.

_____
Michele Reid

**MICHELE REID**
**Notary Public, State of New York**
**No. 01RE6159608**
**Qualified in Kings County**
**Commission Expires 01/22/2011**