UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
                                             Petitioners,

-v.-

MULTI-PAK CORPORATION,
                                             Respondent.

**AFFIDAVIT OF SERVICE**
**08 CIV. 0031 (PAC)**

STATE OF NEW YORK       )
                        ) ss.
County of New York      )

Sabrina Brooks, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Queens, New York 11421.

2. On May 7, 2008, I served the Respondent herein with a copy of the Default Judgment by causing a true copy of said Motion papers addressed to the Respondent at 180 Atlantic Street, Hackensack, New Jersey 07601 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7007 1490 0000 4218 6128 and regular mail.

_____
Sabrina Brooks

Sworn to, before me, this 7th day of May 2008.

_Michele Reid_

**MICHELE REID**
**Notary Public, State of New York**
**No. 01RE6159608**
**Qualified in Kings County**
**Commission Expires** 01/22/2011